IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THOMAS DEORIO | : | CIVIL ACTION |
| | : | |
| v. | : | No.   08-5762 |
| | : | |
| DELAWARE COUNTY et al. | : | |

## ORDER

And now this 27th day of July, 2009, Defendants' Motion of summary Judgment (Document 22) is GRANTED and Judgment is ENTERED IN FAVOR OF Defendants Delaware County and Delaware County Sheriff's Office and AGAINST Thomas DeOrio. The Clerk is directed to mark the above-captioned case CLOSED.

BY THE COURT:

\s\ Juan R. Sánchez
Juan R. Sánchez                              J.